UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   :
UNITED STATES OF AMERICA   :
   :
   :   18 Cr. 234 (LGS)
   -against-   :
   :   ORDER
FRANKIE CENTENO,   :
                    Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** the parties shall file a joint status letter on **September 16, 2022,** informing the Court of their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated:  September 9, 2022
            New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**