```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    22cr542(DLC)
                                     :    18cr234(DLC)
        -v-                          :
                                     :        ORDER
FRANKIE CENTENO,                     :
                                     :
                Defendant.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Defendant Frankie Centeno is due to be sentenced in 22cr542 on June 8, 2023 at 2:00 PM.

On November 29, 2022, 18cr234 was reassigned to this Court. As of March 30, 2022, 7 specifications of violation of the terms of supervised release were filed against the defendant. Those specifications remain outstanding. Accordingly, it is hereby

ORDERED that the parties shall be prepared to address the status of the outstanding specifications filed in 18cr234 before the sentencing proceeding on June 8.

SO ORDERED:

Dated:   New York, New York
         June 7, 2023

                                    _____
                                             DENISE COTE
                                    United States District Judge